In the Matter of the Probate of the Will of JOHN RUSSELL, deceased.

(Submitted January 20, 1885 ; decided February 3, 1885.)

*Nash & Lincoln* for appellant.

*Allen & Thrasher* for respondent.

Agree to affirm on ground that there is no competent evidence of the execution of a will.

All concur.

Judgment affirmed.

---

JULIA E. HOOGHKIRK, Administratrix, &c., Respondent, *v.* THE PRESIDENT, MANAGERS AND COMPANY OF THE DELAWARE AND HUDSON CANAL COMPANY, Appellant.

(Argued January 20, 1885 ; decided February 3, 1885.)

*Edwin Young* for appellant.

*E. Countryman* for respondent.

Agree to affirm ; no opinion.

All concur, except MILLER, J., not voting.

Judgment affirmed.

---

FOSTER B. MORSS, Executor, etc., Appellant, *v.* JANSEN HASBROUCK et al., Respondents.

(Argued January 21, 1885; decided February 3, 1885.)

*Wm. Lounsbery* for appellant.

*A. Schoonmaker* for respondents.

Agree to affirm ; no opinion.

All concur.

Judgment affirmed.